FILED
CHARLOTTE, N. C.
APR 0 5 2007
U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07MJ71 |
| | ) | |
| vs. | ) | MOTION TO SEAL |
| | ) | COMPLAINT AND AFFIDAVIT |
| CURTIS HAMPTON PRUITT | ) | |

NOW COMES the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Complaint and Affidavit, and this Motion and any Order issued pursuant to this Motion, be sealed immediately, following the filing of same, and that same remain sealed until further order of this Court, pursuant to the on-going investigation in this matter.

This the 5th day of April, 2007.

_____
GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

So ordered, April 5, 2007.